ISABEL SCHOENBERG, Appellant, *v.* IRVING SCHOENBERG, Respondent.

Argued June 12, 1946; decided July 23, 1946.

*Samuel Gottlieb* and *I. Gainsburg* for appellant.
*Herman L. Falk* and *Theodore E. Glicenstein* for respondent.

Judgment affirmed, without costs; no opinion.

Concur: LOUGHRAN, Ch. J., LEWIS, CONWAY, DESMOND, THACHER and FULD, JJ. Taking no part: DYE, J.